PAULA T. DOW
Attorney General of New Jersey
R.J. Hughes Justice Complex
25 Market Street
P.O. Box 112
Trenton, New Jersey  08625-0112
Attorney for Defendants


By:  L. Benjamin Allen
     Deputy Attorney General
     (609) 777-4889

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
VICINAGE OF NEWARK

| | |
|---|---|
| RENEE DICKSON, | HONORABLE SUSAN D. WIGENTON<br>United States District Judge |
| Plaintiff, | |
| v. | Civil Action No. 10-cv-871(SDW) |
| KIMBERLY RICKETT, COMMISSIONER OF DIVISION OF YOUTH AND FAMILY SERVICES; RAFAEL VALENTIN, DIRECTOR OF LABOR RELATIONS OF DIVISION OF YOUTH AND FAMILY SERVICES; TRACEY WILSON, COORDINATOR OF EMPLOYEE RELATIONS; KATHI CALLAGHAN, AREA DIRECTOR OF DIVISION OF YOUTH AND FAMILY SERVICES; JILLIAN HENDRICKS, DIRECTOR OF EQUAL OPPORTUNITY; PETER MANCUSI, OFFICE MANAGER OF DIVISION OF YOUTH AND FAMILY SERVICES; GAYLE CHONG, CASEWORK SUPERVISOR OF DIVISION OF YOUTH AND FAMILY SERVICES; ANDRIANA ROWE, SUPERVISOR OF DIVISION OF YOUTH AND FAMILY SERVICES; CHRISTINE MOZES, DIRECTOR OF DIVISION OF YOUTH AND FAMILY SERVICES; WILLA LLOYD, OFFICE MANAGER OF THE DEPARTMENT OF PERSONNEL FOR THE EMPLOYEE ADVISORY SERVICES; MARY HUJBER, COUNSELOR OF THE DEPARTMENT OF PERSONNEL FOR THE EMPLOYEE ADVISORY SERVICES; ADELA | **ORDER** |

WILSON, CASEWORK SUPERVISOR OF DIVISION OF YOUTH AND FAMILY SERVICES; GLORIA SPIEGEL, OFFICE MANAGER OF DIVISION OF YOUTH AND FAMILY SERVICES; ALAN KAUFMAN, UNION REPRESENTATIVE OF COMMUNICATIONS WORKERS OF AMERICA LOCAL #1037; KEVIN CRAWLEY, UNION REPRESENTATIVE OF COMMUNICATION WORKERS OF AMERICA LOCAL #1037,

Defendants.

This matter having come before the Court on a motion of Paula T. Dow, Attorney General of New Jersey, by L. Benjamin Allen, Deputy Attorney General, appearing on behalf of defendants, Kimberly Rickett, Rafael Valentin, Tracey Wilson, Kathi Callaghan, Jillian Hendricks, Peter Mancusi, Gayle Chong, Adriana Row, Christine Mozes, Willa Lloyd, Mary Hujber, Adela Wilson, Gloria Spiegel, pursuant to F.R.Civ.P. 6(b) and the Court having considered the papers submitted herein, this matter being decided under F.R.Civ.P. 78 and for good cause shown;   **IT IS** on this _____ day of _____, 2010;

**ORDERED** that defendant New Jersey Transit's time to answer, move or otherwise reply to plaintiff's complaint is extended to ~~September 17, 2010~~ Aug. 18, 2010.

_____
Magistrate Judge Madeline Cox Arleo